**Order entered November 15, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00451-CR

**SANTOS CANALES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F97-52180-U**

## ORDER

Before the Court is appellant's November 12, 2019 second motion to extend the time to file appellant's brief. We **GRANT** the motion and **ORDER** appellant's brief filed on or before **December 11, 2019**. If appellant's brief is not filed by December 11, 2019, this appeal may be abated for the trial court to make findings in accordance with rule of appellate procedure 38.8.

/s/    LANA MYERS
        JUSTICE